

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRUZ MARTINEZ and RIGOBERTO RAMOS, | Civil Action |
| Plaintiffs, | |
| v. | Case No. 04-1103 |
| NATIONSCREDIT FINANCIAL SERVICES CORP, successor to EQUICREDIT CORP. of AMERICA, BANK OF NEW YORK, as Trustee for EQCC Trust 2001-F, and SELECT PORTFOLIO SERVICING, INC., f/k/a FAIRBANKS CAPITAL CORP., | |
| Defendants. | |

FILED
APR - 3 2007
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

AND NOW, this 3rd day of April, 2007, the June 2, 2006 Order of Magistrate Judge M. Faith Angell is hereby vacated.

BY THE COURT:

_____
~~Pollak, J.~~

4-3-07- FAXED BY
CHAMBERS TO:

L. A. BUSBY
P.J. GIORDANO

Mailed
4-4-07
White
Ackelsberg
Giordano
Busby

2140548v1